UNITED STATES DISTRICT COUT

FORE THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

NO. 5:18-CR-204-D-1

| UNITED STATES OF AMERICA | ORDER ALLOWING MOTION |
|---|---|
| V | TO SEAL |
| ROGER WAYNE JESSUP | |

THIS CAUSE coming to be heard by the undersigned on motion of the Defendant, requesting that his motion to continue be sealed, the Defendant's motion is hereby GRANTED.

This the 18 day of July, 2018

JAMES C. DEVER III
Chief U.S. District Judge