UNITED STATES DISTRICT COUT

FORE THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

NO. 5:18-CR-204-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER ALLOWING MOTION |
| V | TO SEAL |
| ROGER WAYNE JESSUP | |

THIS CAUSE coming to be heard by the undersigned on motion of the Defendant, requesting that his motion to continue be sealed, the Defendant's motion is hereby GRANTED.

This the **20** day of December, 2018

JAMES C. DEVER III
United States District Judge